UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| APRIL GREEN, | ) | |
|---|---|---|
| *Plaintiff*, | ) | Case No. 1:19-cv-92 |
| | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., and U.S. XPRESS LEASING, INC., | ) ) ) | |
| *Defendants*. | | |

## JUDGMENT ORDER

Consistent with the Court's memorandum and order, this case is **DISMISSED**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT